Opinion by Ford, J.  In accordance with stipulation of counsel that the merchandise consists of pole ends similar in all material respects to those the subject of *J. C. De Jong & Co., Inc.* v. *United States* (52 CCPA 26, C.A.D. 852, the claim of the plaintiff was sustained.

BEFORE THE THIRD DIVISION, DECEMBER 13, 1965

No. 69686.—United China & Glass Co. et al. *v.* United States, protests 294134–K, etc. (San Francisco).

Opinion by Donlon, J.  In accordance with stipulation of counsel that the merchandise consists of cups and saucers similar in all material respects to those the subject of *W. Kay Company, Inc.* v. *United States* (53 Cust. Ct. 130, C.D. 2484), the claim of the plaintiffs was sustained.

No. 69687.—National Silver Co. *v.* United States, protests 62/12985, etc. (San Diego).

Opinion by Donlon, J.  In accordance with stipulation of counsel that the merchandise consists of cups and saucers similar in all material respects to those the subject of *W. Kay Company, Inc.* v. *United States* (53 Cust. Ct. 130, C.D. 2484), the claim of the plaintiff was sustained.

No. 69688.—Arklay S. Richards Co., Inc. *v.* United States, protest 62/11904 (Boston).

Opinion by Donlon, J.  In accordance with stipulation of counsel that the merchandise consists of porcelain thermocouple tubes and that the involved articles are not chemical porcelain ware but are, in fact, articles in chief value